IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DESIGN HOUSE KITCHENS & APPLIANCES, L.L.C.,

    Plaintiff,

v.

AMERICAN WOODMARK CORPORATION,

    Defendant.

No. CCB-00-CV-1526

Judge Blake

## CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to stipulation between the parties, the time within which defendant shall answer or other wise respond to the Complaint is hereby extended through and until Friday, August 18, 2000.

**SO ORDERED:**

_____
Hon. Catherine C. Blake, U.S.D.J.

Dated:

AGREED AS TO FORM AND SUBSTANCE:

| DESIGN HOUSE KITCHENS & APPLIANCES, L.L.C. | AMERICAN WOODMARK CORPORATION |
|---|---|
| *signed: Daniel S Koch* | *signed: Dion W Hayes /DSK* |
| By:  Daniel S. Koch | By:  Dion W. Hayes |
| (D. Md. Bar No. 06237) | (D. Md. Bar No. 14685) |
| PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG & COOPER, Chartered<br>4800 Hampden Lane, 7th Floor<br>Bethesda, Maryland  20814 | McGUIRE WOODS BATTLE & BOOTHE, LLP<br>901 East Cary Street<br>Richmond, Virginia 23219-4030 |
| Tel:  (410) 347-8700<br>Fax:  (410) 347-9412 | Tel:  (804) 775-1000<br>Fax:  (804) 775-1061 |
| Counsel for Plaintiff | Counsel for Defendant |
| July 12, 2000 | July 12, 2000 |