IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DESIGN HOUSE KITCHENS & APPLIANCES LLC, <br>     Plaintiff(s), <br> v. <br> AMERICAN WOODMARK CORPORATION, <br>     Defendant(s). | Civil Action No. CCB-00-1526 |

**CONSENT ORDER GRANTING DEFENDANT THE RIGHT TO AMEND ITS ANSWER TO ADD COUNTERCLAIMS**

WHEREAS, Defendant American Woodmark Corporation has brought an action against Plaintiff Design House Kitchens and Appliances, L.L.C., in the Western District of Virginia, arising from the same subject matter as this suit;

WHEREAS, the parties have agreed that all of the various claims for relief may be combined into this action;

WHEREAS, upon execution and filing of this Consent Order, Defendant American Woodmark Corporation will dismiss or transfer its Virginia action;

IT IS THEREFORE ORDERED, pursuant to stipulation and request of the parties, that Defendant American Woodmark Corporation shall have the right to amend its answer to add counterclaims through and including ten (10) days from the date of entry of this Order. This Order shall not prejudice either party's right to seek additional amendments to the pleadings in accordance with the August 21, 2000 Scheduling Order.

SO ORDERED:

_____
Catherine C. Blake
United States District Judge

Dated: 9/1/00

AGREED AS TO FORM AND SUBSTANCE:

DESIGN HOUSE KITCHENS
& APPLIANCES, L.L.C.

*/s/ Daniel S. Koch*
By: Daniel S. Koch (Bar No. 06237)

PALEY, ROTHMAN, GOLDSTEIN
ROSENBERG & COOPER, Chartered
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814

Tel:  (301) 656-7603
Fax:  (301) 654-7354

Counsel for Plaintiff

August 31st, 2000

AMERICAN WOODMARK
CORPORATION

*/s/ Joseph M. English IV*
Of Counsel
By: Joseph English IV (Bar No. 23670)

Howard Feller
Jeffrey Pombert
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Tel:  (804) 775-1000
Fax:  (804) 775-1061

Counsel for Defendant

August 31st, 2000

2